IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MCWENDELL WILSON,

    Plaintiff,

v.                                        CASE NO. 1:04-cv-00028-MP-AK

DIANE LEPOLD,
LESA MATHIS,
STEVEN PALATO,
KAREN SMITH,

    Defendants.

_____/

## **O R D E R**

    This matter is before the Court on Doc. 30, Report and Recommendations of the Magistrate Judge, recommending that Defendants' motion for summary judgment (doc. 28) be granted, and Plaintiff's complaint, doc. 1, be dismissed for failure to exhaust administrative remedies pursuant to 42 U.S.C. 1997(e). Objections to Report and Recommendation were due by June 15, 2005, but none have been filed, and, in fact, plaintiff did not even respond to the Defendants' motion for summary judgment.

    The Court has reviewed the Report and Recommendation and pleadings in this case, and agrees that Plaintiff did not ever make an informal or formal grievance regarding his medical treatment, despite requesting medical attention 58 times and receiving treatment 58 times.

Accordingly, Plaintiff has not exhausted administrative remedies and his case should therefore be dismissed. It is hereby

**ORDERED AND ADJUDGED:**

1. Defendants' motion for summary judgment (doc. 28) is GRANTED

2. Plaintiff's complaint, doc. 1, is DISMISSED for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e), and the Clerk is directed to close the file.

**DONE AND ORDERED** this  *22nd*  day of June, 2005

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge